IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES EDWARD LEE,** | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION 15-0034-CG-M |
| **UNITED STATES OF AMERICA,** | ) CRIMINAL NO. 11-00371-CG-M |
| Respondent. | ) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner's Motion to Vacate (Doc. 106) is **DENIED** and that this action is **DISMISSED**. It is further **ORDERED** that any certificate of appealability filed by Petitioner be **DENIED** as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 3rd day of June, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE